# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| C.S., a minor, by and through her parents and next of kin, TIFFANY ELLEN SORENSEN and KEVIN STRICKLAND, both individually and as representatives, | Case No. 1:23-cv-42 |
| *Plaintiffs*, | Judge Atchley |
| v. | Magistrate Judge Dumitru |
| UNION GENERAL AFFILIATED SERVICES, LLC, *et al.*, | |
| *Defendants*. | |

## ORDER

This matter is before the Court on periodic review. On January 27, 2025, the Court approved the minor settlement in this matter and ordered that all reasonable efforts be made to provide the settlement funds to Plaintiffs within ten business days. [Doc. 102 at 4]. The Court further ordered Plaintiffs to file a stipulation of dismissal upon receipt of the settlement funds. [*Id.*]. More than ten business days have passed since the Court approved the settlement, and no stipulation of dismissal has been filed. Accordingly, on or before **February 21, 2025**, the parties are **ORDERED** to file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties are put **ON NOTICE** that if no stipulation of dismissal or appropriate motion is filed on or before the date specified in this Order, the Court will dismiss this action pursuant to Federal Rule of Civil Procedure Rule 41(b) and Local Rule 68.1.

SO ORDERED.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**